G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Blvd, Suite 960
Los Angeles, CA 90028
Telephone: 323.940.1700
Facsimile: 323.328.8095
tom@mblawapc.com
nick@mblawapc.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE HOLLINGSWORTH,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br><br>ONEMAIN FINANCIAL, INC.,<br><br>　　　　Defendant(s). | Case No.: 8:15-cv-01910-CJC-DFM<br><br>**STATUS REPORT RE: ARBITRATION** |

　　　NOW COMES Plaintiff, WAYNE HOLLINGSWORTH, by and though his counsel of record, MARTIN & BONTRAGER, APC, and hereby respectfully submits a Status Report regarding the pending arbitration proceedings in this matter.

　　　After the parties had unsuccessful settlement negotiations, Plaintiff lodged his claims with the American Arbitration Association (AAA) on March 10, 2016. Defendant has filed its initial response and the parties are currently awaiting the appointment of an arbitrator by the AAA to set the scheduling and allow the parties to proceed into discovery.

| | | |
|---|---|---|
| 1 | | RESPECTFULLY SUBMITTED, |
| 2 | Dated: June 2, 2016 | **MARTIN & BONTRAGER, APC** |
| 3 | | |
| 4 | | By: <u>/s/ Nicholas J. Bontrager</u> |
| 5 | | Nicholas J. Bontrager |
| 6 | | *Attorney for Plaintiff* |

# PROOF OF SERVICE

I filed electronically on this 2nd day of June, 2016, **STATUS REPORT RE: ARBITRATION**, with:

United States District Court CM/ECF system
Notification sent electronically on this 2nd day of June, 2016, to:

**Jordan S. Yu**

**YU | MOHANDESI LLP**

**633 West Fifth Street, Suite 2800**

**Los Angeles, CA 90071**

**jyu@yumollp.com**

This 2nd day of June, 2016

s/Nicholas J. Bontrager

Nicholas J. Bontrager